# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **David Schnebelen,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00281-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Kenneth Beaver** | ) | |
| **Mike Slagle** | ) | |
| **Josh Stein,** | ) | |
| | ) | |
| Respondents. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2020 Order.

June 2, 2020

*Frank G. Johns, Clerk of Court*